[No. 1736-1.  Division One.  July 2, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 59504, Stanley C. Soderland, J., entered June 15, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and James, JJ.